UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.: 19-17738
Michelle D. Angel,  )
 )   Chapter: 13
 )   Honorable Carol A. Doyle
 )
 )
Debtor(s)  )

**Order Granting in part and Continuing in part the City of Chicago's Motion to Condition Use and for Adequate Protection**

This matter coming before the Court on the City of Chicago's Emergency Motion to Condition Use and for Adequate Protection (the "Motion"), the Court being duly advised in the premises, IT IS HEREBY ORDERED:

1. The Motion is granted in part as provided herein;

2. The Debtor's use and possession of the vehicle formerly impounded by the City is conditioned upon the debtor maintaining insurance on the vehicle with the City named as a loss payee on the insurance policy.

3. The portion of the motion seeking a declaration of the City's lien rights does not present an emergency issue and is continued to July 2, 2019 at 10:00 a.m.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: June 26, 2019

**Prepared by:**

DAVID PAUL HOLTKAMP
Assistant Corporation Counsel Supervisor
City of Chicago, Department of Law
Bankruptcy Unit
121 N. LaSalle St., Ste. 400
Chicago, Illinois 60602
p. 312.744.6967
e. David.Holtkamp2@cityofchicago.org